IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DARIUS HART                                                    PLAINTIFF

V.                        CIVIL ACTION NO. 5:23-cv-54-DCB-LGI

JAMES BRUMFIELD, ET AL.                                        DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Isaac's Report and Recommendation ("Report") [ECF No. 40] recommending that the Court dismiss this action, without prejudice, for Plaintiff Darius Hart's failure to prosecute and obey the orders of the Court. The Report was entered on March 31, 2025, and objections to it were due by April 14, 2025. No party has objected to the report.

Plaintiff filed his complaint on June 6, 2023, and on September 26, 2024, Defendants moved for summary judgment on this matter. [ECF No. 1]; [ECF No. 34]. Plaintiff did not respond to the motion for summary judgment. On January 22, 2025, Judge Isaac entered an order directing Hart to "timely comply or his failure to advise the Court of his current address will result in the dismissal of the case." [ECF No. 36]; [ECF No. 40] at 2. When Plaintiff failed to comply, Judge Isaac entered an Order to Show Cause warning plaintiff that if he failed to timely comply with the order his case would be dismissed without further notice. Id. at 2-3. "To date, Plaintiff has not

responded or otherwise contacted the Court about this case." Id. at 3.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

Accordingly, the Court agrees with Judge Isaac's recommendation. The Report [ECF No. 40] is hereby ADOPTED and this action is DISMISSED WITHOUT PREJUDICE.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 22nd day of August, 2025.

                                            /s/ David Bramlette
                                        DAVID C. BRAMLETTE III
                                        UNITED STATES DISTRICT JUDGE